501 P.2d 663

**COMMISSIONER OF REVENUE,**
Petitioner,

v.

Claude B. EATON, Respondent.

No. 9554.

Supreme Court of New Mexico.

Sept. 26, 1972.

It is ordered that petition for writ of certiorari be and the same is hereby denied.

It is further ordered that the record in Court of Appeals Cause No. 886, 84 N.M. 226, 501 P.2d 670 be and the same is hereby returned to the Clerk of the Court of Appeals.

501 P.2d 663

**Reynaldo GONZALES, Jr., Petitioner,**

v.

**ALLSTATE INSURANCE COMPANY,**
Respondent.

No. 9547.

Supreme Court of New Mexico.

Sept. 26, 1972.

It is ordered that petition for writ of certiorari be and the same is hereby denied.

It is further ordered that the record in Court of Appeals Cause No. 794, 84 N.M. 229, 501 P.2d 673 be and the same is hereby returned to the Clerk of the Court of Appeals.

501 P.2d 663

**Kenneth C. LaBARGE, Administrator of the Estate of Catherine F. LaBarge, Deceased, Petitioner,**

v.

**William H. STEWART, Respondent.**

No. 9560.

Supreme Court of New Mexico.

Oct. 4, 1972.

It is ordered that petition for writ of certiorari be and the same is hereby denied.

It is further ordered that the record in Court of Appeals Cause No. 825, 84 N.M. 222, 501 P.2d 666 be and the same is hereby returned to the Clerk of the Court of Appeals.

501 P.2d 663

**The STATE BOARD OF HEALTH AND SOCIAL SERVICES and Richard W. Heim, Individually and in His Official Capacity as Executive Director of the New Mexico Health and Social Services Department, Petitioners,**

v.

**Mrs. Sandy VALLO, Respondent.**

No. 9557.

Supreme Court of New Mexico.

Oct. 4, 1972.

It is ordered that petition for writ of certiorari be and the same is hereby denied.

It is further ordered that the record in Court of Appeals Cause No. 865, 84 N.M. 220, 501 P.2d 664 be and the same is hereby returned to the Clerk of the Court of Appeals.